IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SADOWSKI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-01562 |
| | § | |
| BACKCHINA, LLC d/b/a | § | |
| WWW.21USCITY.COM | § | |
| | § | |
| Defendants. | § | Jury Demand |

## MOTION FOR SUMMARY JUDGMENT THAT THE USE BY DEFENDANT BACKCHINA, LLC OF PLAINTIFF SADOWSKI'S PHOTOGRAPH IS A FAIR USE

Defendant BackChina, LLC, dba www.21uscity.com, ("BackChina") respectfully moves this Court for a determination that its use of the Sadowski Photograph originally from a New York Post news article in a BackChina news article was a Fair Use of the Sadowski Photograph. Contemporaneously with this Motion BackChina is filing a Memorandum in Support and a Statement of Undisputed Facts and Law.

### CONCLUSION AND PRAYER

Defendant BackChina respectfully prays that this Court find Defendant BackChina's use of the Sadowski Photograph a Fair Use and dismiss Plaintiff claims. If the Court denies this Motion, Plaintiff respectfully requests a trial date on these issues at the Court's earliest convenience.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006

-2-

(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Attorneys for BackChina**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify that all counsel of record who have appeared in this case are being served on this day of October 13, 2017 with a copy of the foregoing via the Court's CM/ECF system and further as follows:

Mathew K. Higbee, Esq.  *via e-mail: mhigbee@higbeeassociates.com*
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile

/s/ William P. Ramey, III
William P. Ramey, III